United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ANDREW HASSEL**,<br>Plaintiff,<br>v.<br>**DHCS MEDI-CAL PROGRAM BENEFICIARY SERVICES, ET AL.**,<br>Defendants. | Case No. 14-cv-05642-YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO OPPOSE DEFENDANTS' MOTION TO DISMISS** |

On April 17, 2015, Defendant DHCS Medi-Cal Program Beneficiary Services, et al., filed a motion to dismiss this lawsuit. (Dkt. No. 17.) If the Court grants that motion and dismisses this lawsuit, the lawsuit will be over and the plaintiff, Mr. Hassel, will have lost.

The hearing on the motion to dismiss was originally scheduled for May 26, 2015 at 2:00 p.m. in Courtroom 1 at the Federal Courthouse, 1301 Clay Street, Oakland, California.

Under this Court's Civil Local Rule 7-3(a), Mr. Hassel was required to file either a brief opposing the motion to dismiss his lawsuit, or a notice that he does not oppose dismissal.[1] Mr. Hassel's papers were due on May 1, 2015. As of the date of this Order, Mr. Hassel has not filed anything. As a result, the Court is considering dismissing his lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby extends Mr. Hassel's time to file his papers. **Mr. Hassel shall file an opposition to the Motion to Dismiss no later than May 26, 2015. Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed.

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

1   Civ. L.R. 7-3(c).

2       The Court further notes that Mr. Hassel may seek assistance at the Court's Legal Help
3   Center.  The Legal Help Center may assist persons who do not have lawyers if they make an
4   appointment.  The Legal Help Center's phone number is (415) 782-8982 and its website is
5   http://cand.uscourts.gov/helpcentersf.

7       **IT IS SO ORDERED.**
8   Dated: May 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**